## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*Promotion Solution, Inc.*
Attn:  Mr. John D. Cartmill
8374 Allison Avenue
La Mesa, CA 91941

_____
Mary E. Augustine (No. 4477)

619654v1